■

214 So.2d 162

Joseph J. CANGIAMILLA
v.
BRINDELL–BRUNO, INC., et al.
No. 49371.

Oct. 3, 1968.

In re: Brindell-Bruno, Inc., George W. Locke and Maryland Casualty Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 210 So.2d 534.

Writ refused. On the facts found by the Court of Appeal we can not say that the result is not correct.

■

214 So.2d 162

Joseph J. CANGIAMILLA
v.
BRINDELL–BRUNO, INC., et al.
No. 49380.

Oct. 3, 1968.

In re: The City of New Orleans applying for certiorari, or writ of review; to the Court of Appeal, Fourth Circuit, Parish of Orleans. 210 So.2d 534.

Writ refused. On the facts found by the Court of Appeal we can not say that the result is not correct.

■

214 So.2d 162

The HOME INSURANCE COMPANY et al.
v.
A. J. WAREHOUSE, INC., et al.
A. J. WAREHOUSE, INC.
v.
UNION ASBESTOS & RUBBER COMPANY et al.
No. 49377.

Oct. 3, 1968.

In re: Continental Casualty Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 210 So.2d 544.

The application is denied. According to the facts of this case, as found to be by the Court of Appeal, the judgment complained of is correct.

BARHAM, J., is of the opinion the writ should be granted.